Kathryn J. Halford (State Bar No. 68141)
K. Arianne Jordan (State Bar No. 221881)
Dana K. Kann (State Bar No. 220986)
WOHLNER KAPLON PHILLIPS
YOUNG & CUTLER
A Professional Corporation
15456 Ventura Boulevard, Suite 500
Sherman Oaks, California 91403
Telephone: (818) 501-8030
Facsimile: (818) 501-5306
E-Mail: kjhalford@wkpyc.com
E-Mail: ajordan@wkpyc.com
E-Mail: dkann@wkpyc.com

Attorneys for Plaintiff the Board of Directors
of the Motion Picture Industry Health Plan

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
### (Western Division)

| | |
|---|---|
| THE BOARD OF DIRECTORS OF THE MOTION PICTURE INDUSTRY HEALTH PLAN,<br><br>Plaintiff,<br><br>v.<br><br>JACQUES REY, an individual; WALKYRIA REY, an individual and as Guardian Ad Litem or Guardian of JACQUES REY, AVIVA LIFE INSURANCE COMPANY, a Delaware corporation, JACOBS, JACOBS & EISFELDER, LLP, formerly JACOBS, JACOBS & ROSENBURG, LLP,<br><br>Defendants. | CASE NO. CV-08-03392 ABC (SSx)<br><br>[~~PROPOSED~~] JUDGMENT PURSUANT TO STIPULATION FOR ENTRY OF JUDGMENT<br><br>The Honorable Audrey B. Collins |

Plaintiff, The Board of Directors of the Motion Picture Industry Health Plan ("Plaintiff") and Defendant, Jacques Rey ("Defendant" or "Rey"), an individual, having stipulated to entry of judgment in favor of the Plaintiff and against Defendant Rey it is hereby

/ / /

1  ORDERED, ADJUDGED AND DECREED, that Plaintiff shall have
2  judgment in the principal sum of $245,937.23, together with interest in the sum
3  of $85,842.17 accruing at the rate of 10 percent (10%) per annum from May 27,
4  2005 to October 13, 2008, attorney's fees and costs in the sum of $11,004.97 for
5  a total judgment of $342,784.37 to be paid in accordance with the terms of the
6  Stipulation for Entry of Judgment which is attached hereto as Exhibit "1" and
7  made part hereof by this reference.

10  DATED:  11/13/08              _____
                                   United States District Judge

13  Submitted By:

14  Kathryn J. Halford
    Dana K. Kann
15  K. Arianne Jordan
    WOHLNER, KAPLON, PHILLIPS
16  YOUNG & CUTLER
    A Professional Corporation

18
19  By: _____
    Kathryn J. Halford
20  Attorneys for Plaintiff
    The Board of Directors of the
21  Motion Picture Industry Health Plan

24  U:\Halford\MP Subro\MP Subro.rey-stip-proposedjud.wpd

2